IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REHAN HANIF            ) | |
|     Petitioner,   ) | |
| ) | |
| v.                     ) | CIVIL ACTION NO. 15-0145-WS-N |
| ) | |
| CYNTHIA STEWART,       ) | |
|     Respondent.   ) | |

### ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Rehan Hanif's Motion for Injunctive Relief (Doc. 35) is **DENIED.**

**DONE** and **ORDERED** this the 10th day of March, 2017.

                s/WILLIAM H. STEELE
                **UNITED STATES DISTRICT JUDGE**