IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REHAN HANIF | ) |
|     Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 15-00145-WS-N |
| | ) |
| CYNTHIA STEWART, | ) |
|     Respondent. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed the Report and Recommendations of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing § 2254 Cases in the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated March 1, 2018, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Rehan Hanif's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. 21) is **DISMISSED with prejudice** and that Hanif is not entitled to a Certificate of Appealability pursuant to this final adverse order. Finally, the Court certifies that any appeal by Hanif of this dismissal would be without merit and therefore not taken in good faith. Thus, Hanif is not entitled to proceed *in forma pauperis* on appeal.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 30th day of March, 2018.

                                *s/WILLIAM H. STEELE*
                                **WILLIAM H. STEELE**
                                **UNITED STATES DISTRICT JUDGE**